UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHIRLEY BRINKLEY, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> WYETH, INC. d/b/a WYETH, PLIVA INC., and ) <br> SCHWARZ PHARMA, INC., ) <br> ) <br> DEFENDANTS. ) | Case No. 08-cv-12-DRH |

## ORDER

Defendant Schwarz Pharma Inc.'s Motion to Withdraw and to Substitute a Corrected Motion to Dismiss and Memorandum of Law in Support of Its Motion to Dismiss is hereby presented, considered and granted. (Doc. 19.) The Clerk is directed to withdraw Document number 17 and Defendant shall file its corrected Motion to Dismiss and Memorandum in Support of Its Motion to Dismiss *instanter*.

DATED: March 12, 2008

/s/   David R Herndon

**Chief Judge**
**United States District Court**