**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINIOIS
EAST ST. LOUIS DIVISION**

SHIRLEY BRINKLEY,

      Plaintiff,

v.

WYETH, INC., d/b/a WYETH, et. al.,

      Defendants.

Civil Action No.: 08-12-DRH

JUDGE DAVID R. HERNDON

JURY TRIAL DEMANDED

**PLAINTIFF'S REPLY TO DEFENDANT,
WYETH'S AFFIRMATIVE DEFENSES**

Comes now Plaintiff, by and through her undersigned attorney, and for her Reply to the Affirmative Defenses of Defendant Wyeth, Inc., d/b/a Wyeth ("Wyeth"), states as follows:

1.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's First Affirmative Defense.

2.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Second Affirmative Defense.

3.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Third Affirmative Defense.

4.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Fourth Affirmative Defense.

5.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Fifth Affirmative Defense.

6.     Plaintiff denies each and every allegation as set forth Defendant Wyeth's Sixth Affirmative Defense.

7.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Seventh Affirmative Defenses.

8.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Eighth Affirmative Defense.

9.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Ninth Affirmative Defense.

10.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Tenth Affirmative Defense.

11.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Eleventh Affirmative Defense.

12.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twelfth Affirmative Defense.

13.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirteenth Affirmative Defense.

14.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Fourteenth Affirmative Defense.

15.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Fifteenth Affirmative Defense.

16.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Sixteenth Affirmative Defense.

17.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Seventeenth Affirmative Defense.

18.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Eighteenth Affirmative Defense.

19.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Nineteenth Affirmative Defense.

20.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twentieth Affirmative Defense.

21.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twenty-First Affirmative Defense.

22.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twenty-Second Affirmative Defense.

23.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twenty-Third Affirmative Defense.

24.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twenty-Fourth Affirmative Defense.

25.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twenty-Fifth Affirmative Defense.

26.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twenty-Sixth Affirmative Defense.

27.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twenty-Seventh Affirmative Defense.

28.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twenty-Eighth Affirmative Defense.

29.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Twenty-Ninth Affirmative Defense.

30.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirtieth Affirmative Defense.

31.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirty-First Affirmative Defense.

32.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirty-Second Affirmative Defense.

33.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirty-Third Affirmative Defense.

34.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirty-Fourth Affirmative Defense.

35.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirty-Fifth Affirmative Defense.

36.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirty-Sixth Affirmative Defense.

37.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirty-Seventh Affirmative Defense.

38.     Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirty-Eighth Affirmative Defense.

39.    Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Thirty-Ninth Affirmative Defense.

40.    Plaintiff denies each and every allegation as set forth in Defendant Wyeth's Fortieth Affirmative Defense.

WHEREFORE, Plaintiff prays this Honorable Court to dismiss the aforesaid Affirmative Defenses and enter judgment on behalf of Plaintiff as prayed.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: /s/ JOHN J. DRISCOLL
John J. Driscoll, # 6276464
720 Olive Street, Suite 1800
St. Louis, MO  63101
Ph: (314) 421-0216
Fax: (314) 421-0359
jdriscoll@brownandcrouppen.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on this 13th day of March, 2008, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Sandra J. Wunderlich   <u>swunderluch@stinson.com</u>
- Kim A. Leffert   <u>kleffert@mayerbrownrowe.com</u>
- Thomas G. McIntosh   <u>tmcintosh@ulmer.com</u>
- Matthew V. Brammer   <u>mbrammer@ulmer.com</u>

<u>/s/ JOHN J. DRISCOLL</u>
John J. Driscoll