IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINIOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHIRLEY BRINKLEY,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH, INC., d/b/a WYETH, et. al.,<br><br>    Defendants. | Civil Action No.: 08-12-DRH<br><br>JUDGE DAVID R. HERNDON<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S REPLY TO DEFENDANT, PLIVA INC.'S AFFIRMATIVE DEFENSES

Comes now Plaintiff, by and through her undersigned attorney, and for her Reply to the Affirmative Defenses of Defendant PLIVA, Inc., states as follows:

1. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s First Affirmative Defense.

2. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Second Affirmative Defense.

3. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Third Affirmative Defense.

4. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fourth Affirmative Defense.

5. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fifth Affirmative Defense.

6. Plaintiff denies each and every allegation as set forth Defendant PLIVA, Inc.'s Sixth Affirmative Defense.

7. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Seventh Affirmative Defenses.

8. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Eighth Affirmative Defense.

9. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Ninth Affirmative Defense.

10. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Tenth Affirmative Defense.

11. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Eleventh Affirmative Defense.

12. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twelfth Affirmative Defense.

13. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirteenth Affirmative Defense.

14. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fourteenth Affirmative Defense.

15. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fifteenth Affirmative Defense.

16. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Sixteenth Affirmative Defense.

17. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Seventeenth Affirmative Defense.

18. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Eighteenth Affirmative Defense.

19. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Nineteenth Affirmative Defense.

20. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twentieth Affirmative Defense.

21. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twenty-First Affirmative Defense.

22. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twenty-Second Affirmative Defense.

23. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twenty-Third Affirmative Defense.

24. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twenty-Fourth Affirmative Defense.

25. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twenty-Fifth Affirmative Defense.

26. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twenty-Sixth Affirmative Defense.

27. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twenty-Seventh Affirmative Defense.

28. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twenty-Eighth Affirmative Defense.

29. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Twenty-Ninth Affirmative Defense.

30. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirtieth Affirmative Defense.

31. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirty-First Affirmative Defense.

32. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirty-Second Affirmative Defense.

33. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirty-Third Affirmative Defense.

34. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirty-Fourth Affirmative Defense.

35. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirty-Fifth Affirmative Defense.

36. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirty-Sixth Affirmative Defense.

37. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirty-Seventh Affirmative Defense.

38. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirty-Eighth Affirmative Defense.

39. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Thirty-Ninth Affirmative Defense.

40. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fortieth Affirmative Defense.

41. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Forty-First Affirmative Defense.

42. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Forty-Second Affirmative Defense.

43. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Forty-Third Affirmative Defense.

44. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Forty-Fourth Affirmative Defense.

45. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Forty-Fifth Affirmative Defense.

46. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Forty-Sixth Affirmative Defense.

47. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Forty-Seventh Affirmative Defense.

48. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Forty-Eighth Affirmative Defense.

49. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Forty-Ninth Affirmative Defense.

50. Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fiftieth Affirmative Defense.

51.  Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fifty-First Affirmative Defense.

52.  Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fifty-Second Affirmative Defense.

53.  Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fifty-Third Affirmative Defense.

54.  Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fifty-Fourth Affirmative Defense.

55.  Plaintiff denies each and every allegation as set forth in Defendant PLIVA, Inc.'s Fifty-Fifth Affirmative Defense.

WHEREFORE, Plaintiff prays this Honorable Court to dismiss the aforesaid Affirmative Defenses and enter judgment on behalf of Plaintiff as prayed.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: /s/ JOHN J. DRISCOLL
John J. Driscoll, # 6276464
720 Olive Street, Suite 1800
St. Louis, MO  63101
Ph: (314) 421-0216
Fax: (314) 421-0359
jdriscoll@brownandcrouppen.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 13th day of March, 2008, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Sandra J. Wunderlich   swunderluch@stinson.com
- Kim A. Leffert   kleffert@mayerbrownrowe.com
- Thomas G. McIntosh   tmcintosh@ulmer.com
- Matthew V. Brammer   mbrammer@ulmer.com

/s/ JOHN J. DRISCOLL
John J. Driscoll