IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHIRLEY BRINKLEY, § § **Plaintiff,** § § v. § **CAUSE NO. 08-012-DRH** § WYETH, INC., et al., § § **Defendants.** § § | |

## MOTION TO STRIKE PLAINTIFF SHIRLEY BRINKLEY'S REPLY TO PLIVA, INC.'S ANSWER

Pursuant to Rule 7(a) of the Federal Rules of Civil Procedure, defendant PLIVA, Inc., respectfully requests that the Court strike plaintiff Shirley Brinkley's Reply to PLIVA, Inc.'s Answer as there is no court order allowing such a reply.

This motion is supported by the attached memorandum. For the Court's convenience, a proposed order is attached.

Respectfully Submitted,

  /s/  Sandra J. Wunderlich
Sandra J. Wunderlich, #6227257
Stinson Morrison Hecker LLP
100 South Fourth Street, Suite 700
St. Louis, MO 63102
Tel No: (314) 259-4560
Fax No: (314) 259-4599 (fax)
Email: swunderlich@stinson.com

Matthew V. Brammer
Thomas G. McIntosh
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Tel No: (513) 698-5000
Fax No: (513) 698-5001
Email: mbrammer@ulmer.com
           tmcintosh@ulmer.com
*Counsel for Defendant PLIVA, Inc.*

Of counsel:
Joseph P. Thomas
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202
Tel No:   (513) 698-5000
Fax No:  (513) 698-5001
Email:  jthomas@ulmer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHIRLEY BRINKLEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. 08-012-DRH |
| § | |
| WYETH, INC., et al., § | |
| § | |
| Defendants. § | |
| § | |

### MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF SHIRLEY BRINKLEY'S REPLY TO PLIVA, INC.'S ANSWER

Plaintiff Shirley Brinkley ("Plaintiff") filed her Complaint on January 7, 2008, alleging personal injury purportedly from her use of the prescription drug metoclopramide, allegedly manufactured by defendants, including PLIVA, Inc. ("PLIVA"). (*See* Complaint.) On February 13, 2008, PLIVA answered the complaint asserting various defenses to Plaintiff's Complaint. (*See generally*, Answer, Defenses, and Jury Demand of Defendant PLIVA, Inc., to Plaintiff's Complaint.) Before listing the various defenses, PLIVA captioned that part of its Answer as "Defenses" and made the following statement: "Pleading further, PLIVA, Inc., asserts the following defenses to the Complaint and reserves its right to amend or supplement these defenses as further information becomes available through discovery." (*See id.*, pg. 17.)

On March 13, 2008, Plaintiff filed her Answer to Affirmative Defenses in response to PLIVA's answer to Plaintiff's Complaint. (*See* Plaintiff's Answer to Affirmative Defenses.) In her reply, Plaintiff refers to PLIVA's defenses as "affirmative defenses" and further denies each and every "affirmative defense" and requests that the Court deny PLIVA's "affirmative defenses." (*See generally, id.*)

Rule 7(a) of the Federal Rules of Civil Procedure states that the only pleadings that can be filed in a case are a complaint, answer, reply to a counterclaim, answer to a cross-claim, third-party complaint, and third-party answer. The last sentence states: "No other pleading shall be allowed, except that the *court may order* a reply to an answer or a third-party answer." F. R. Civ. P. 7(a)(emphasis added). Courts have interpreted the clear, unambiguous language of Rule 7(a) as requiring that a reply to an answer be struck "as a pleading that is unauthorized under federal practice" if filed without court order. *Controlled Environment Systems v. Sun Process Co., Inc.*, 173 F.R.D. 509 (N.D. Ill. 1997).

In the instant matter, Plaintiff filed a reply to PLIVA's answer without first seeking an order from the Court, in violation of Rule 7(a). Thus, Plaintiff's reply should be struck as an unauthorized pleading. Further, Plaintiff mischaracterized all of PLIVA's defenses as "affirmative defenses" in her reply, wrongly implying that PLIVA has the burden of proof on each of the defenses to Plaintiff's Complaint provided in its answer. Plaintiff's mischaracterization gives further reason why her reply should be stricken, as it misconstrues PLIVA's answer.

In conclusion, PLIVA respectfully requests that the Court grant its Motion to Strike Plaintiff's Reply to PLIVA's Answer. For the Court's convenience, a proposed order is attached.

Respectfully Submitted,

/s/  Sandra J. Wunderlich
Sandra J. Wunderlich, #6227257
Stinson Morrison Hecker LLP
100 South Fourth Street, Suite 700
St. Louis, MO 63102
Tel No:  (314) 259-4560
Fax No:  (314) 259-4599 (fax)
Email:  swunderlich@stinson.com

Matthew V. Brammer
Thomas G. McIntosh
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202
Tel No:   (513) 698-5000
Fax No:  (513) 698-5001
Email:  mbrammer@ulmer.com
          tmcintosh@ulmer.com
*Counsel for Defendant PLIVA, Inc.*

Of counsel:
Joseph P. Thomas
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202
Tel No:   (513) 698-5000
Fax No:  (513) 698-5001
Email:  jthomas@ulmer.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 21st day of March 2008, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the ECF system, and electronic notice of the filing was given to the following:

John J. Driscoll
Brown & Crouppen, P.C.
720 Olive Street, #1800
St. Louis, Missouri 63101
*Counsel for Plaintiff*

Beth A. Bauer
Hepler Broom et al.
103 West Vandalia Street
Suite 300, P.O. Box 510
Edwardsville, IL 62025-0510
*Counsel for Schwarz Pharma, Inc.,
and Wyeth, Inc.*

Kim A. Leffert
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
*Counsel for Schwarz Pharma, Inc.*

A true and correct copy was forwarded by first-class mail, postage prepaid, to the following non-ECF participants:

Daniel J. McGlynn
P. Ann Trantham
McGlynn, Glisson & Koch, APLC
340 Florida Street
P.O. Box 1909
Baton Rouge, LA 70821
*Counsel for Plaintiff*

                  /s/ Sandra J. Wunderlich

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHIRLEY BRINKLEY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CAUSE NO. 08-012-DRH |
| § | |
| **WYETH, INC., et al.,** § | |
| § | |
| **Defendants.** § | |
| § | |

Defendant, PLIVA, Inc., by counsel, having moved the Court for an Order striking Plaintiff Shirley Brinkley's Answer to PLIVA, Inc.'s Answer pursuant to Federal Rule of Civil Procedure 7(a), the Court having considered PLIVA, Inc.'s motion, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED as follows:

1. PLIVA, Inc.'s Motion is GRANTED, and Plaintiff Shirley Brinkley's Reply to PLIVA, Inc.'s Answer is hereby stricken.

SO ORDERED this _____ of _____, 2008.

 _____
 JUDGE DAVID R. HERNDON

DB04/811064.0006/345861.1