UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

|  |  |
|---|---|
| SHIRLEY BRINKLEY, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> WYETH, INC., d/b/a WYETH, ) <br> PLIVA, INC., and SCHWARZ PHARMA, INC. ) <br> ) <br> ) <br> DEFENDANTS. ) <br> ) | Case No. 08-cv-12-DRH |

## MOTION FOR EXTENSION OF TIME

**COMES NOW** the Plaintiff, Shirley Brinkley, and respectfully requests an extension of time and states as follows:

1. On May 8, 2008 this Court directed the Plaintiff to provide all parties with product identification.

2. Plaintiff has identified product identification on Pliva from Hy Vee Pharmacy records obtained.

3. On June 23, 2008 Seagrove, Inc. (a record service) informed my office that pharmacy records from Medco would probably not be available by the deadline.

4. Plaintiff's counsel has, in good faith, and without delay attempted to obtain these records from Medco Pharmacy (see Affidavit paragraphs 1-3).

5. Plaintiff's counsel has been unable to obtain said records and does not expect to receive the records within the time delays order by the Court (see Affidavit paragraph 2).

6. Therefore, Plaintiff requests that this Court grant Plaintiff an additional 30 days to obtain the records from Medco.

**WHEREFORE**, Plaintiff prays for an additional 30 days time in which to obtain said records.

Dated this 1st day of July, 2008.

>Respectfully Submitted,
>
>/s/ P. Ann Trantham
>Daniel J. McGlynn, LA Bar #17051
>P. Ann Trantham, LA Bar #30972
>**MCGLYNN & GLISSON**
>340 Florida Blvd.
>Baton Rouge, Louisiana  70801
>Telephone:  225-344-3555
>Facsimile:  225-344-3666
>Email:  danny@mcglynnglisson.com
>Email:  *ann@mcglynnglisson.com*
>
>And
>
>John J. Driscoll
>**BROWN & CROUPPEN**
>720 Olive Street, #1800
>St. Louis, MO 63101
>Telephone:  314-421-0216
>Facsimile:  314-421-0359
>Email:  *jdriscoll@brownandcrouppen.com*
>
>*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2008, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Counsel of Record.

Beth A. Bauer     bab@heplerbroom.com

- 3-

    Matthew V. Brammer    mbrammer@ulmer.com, ebailey@ulmer.com
    Henninger S. Bullock    hbullock@mayerbrown.com
    Andrew J. Calica    acalica@mayerbrown.com
    John J. Driscoll    jdriscoll@brownandcrouppen.com
    Thomas G. McIntosh    tmcintosh@ulmer.com
    Jeffrey R. Pilkington    jeff.pilkington@dgslaw.com
    Joseph P. Thomas    jthomas@ulmer.com
    Thomas H. Wagner    tom.wagner@dgslaw.com
    Sandra J. Wunderlich    swunderlich@stinson.com

                                                **/s/ P. Ann Trantham**
                                                P. Ann Trantham