UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHIRLEY BRINKLEY, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> WYETH, INC., d/b/a WYETH, ) <br> PLIVA, INC., and SCHWARZ PHARMA, INC. ) <br> ) <br> DEFENDANTS. ) | Case No. 08-cv-12-DRH |

**AFFIDAVIT**

STATE OF LOUISIANA           §
                             §
PARISH OF EAST BATON ROUGE   §

On this day appeared, Daniel J. McGlynn, who is personally known to me, and after having been duly sworn according to law upon his oath deposed and said:

1. "My name is Daniel J. McGlynn. I am over the age of 18, have never been convicted of a felony, and am fully competent to make this Affidavit. I am an attorney, licensed and practicing in the State of Louisiana, and am an attorney of record for Plaintiff herein. The facts contained herin are true and correct and based on my personal knowledge.

2. On June 23, 2008 Seagrove, Inc. (a record service) informed my office that pharmacy records from Medco would probably not be available by the deadline.

3. Plaintiff and her counsel are not acting in bad faith or with improper motive.

Further, affiant sayeth not."

_____
DANIEL J. MCGLYNN

-1-

-2-

**SUBSCRIBED AND SWORN TO BEFORE ME,** on this 1st day of July, 2008, which witness my hand and official seal.

                            _[signature]_ #21663
                            NOTARY PUBLIC IN AND FOR THE
                            STATE OF LOUISIANA

                            Printed Name: _Patrick B. Kennedy, Jr._

                            My Commision is for Life.