# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHIRLEY BRINKLEY,

Plaintiffs,

v.

WYETH, INC., d/b/aWYETH,　　　　　　　　　　　　　　　　No. 08-12-DRH
PLIVA, INC., and
SCHWARZ PHARMA, INC.,

Defendants.

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's Stipulations of dismissal without prejudice of Plaintiff's claims (Docs. 67, 68, & 69). Specifically, Plaintiff moves to dismiss without prejudice her causes of action against Wyeth, Inc., PLIVA, Inc., and Schwarz Pharma, Inc. Plaintiff and Defendants hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Defendants. subject to the following conditions:

1. Plaintiff agrees that, in the event he or she re-files a lawsuit against Wyeth, Inc., PLIVA, Inc., and/or Schwarz Phama, Inc., that contains claims relating to Reglan® and/or metoclopramide, such lawsuit will be filed in the United States District Court for the Western District of Missouri;

2. Plaintiff further agrees that in the event he or she re-files such lawsuit, any discovery that has taken place can be used in any such lawsuit re-

filed by Plaintiff.

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing. There are no counter-claims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses the Defendants may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES without prejudice** Plaintiff's cause of action against the Defendants. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 31st day of October, 2008.

/s/     DavidRHerndon

**Chief Judge**
**United States District Court**